**WO** JDN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Kaib,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio, et al.,<br><br>　　　　Defendants. | No. CV 05-1294-PHX-NVW (LOA)<br><br>**ORDER** |

Plaintiff, formally confined in the Lower Buckeye Jail in Phoenix, Arizona, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. He also requested leave to proceed *in forma pauperis*. Plaintiff used an outdated form which instructed him that the current filing fee is $150.00.[1] Effective February 7, 2005, the filing fee for a civil rights action increased to $250.00. See 28 U.S.C. § 1914, amended by, Consolidated Appropriations Act of 2005, Pub. L. No. 108-447, 118 Stat. 2809, Sec. 307 (December 8, 2004). The local rules of this Court require Plaintiff to use the *current* court-approved form. See LRCiv 3.4(a). Accordingly, the Court will deny Plaintiff's *in forma pauperis* application without prejudice.

---

[1] Plaintiff filed a Motion to proceed *in forma pauperis* (Doc. #4) after the filing of his Complaint and original *in forma pauperis* application. This second Motion is a copy of the original application and is also on the outdated form.

**JDDL**

1    Plaintiff may make a new *in forma pauperis* application on the current court-approved
2 form. He must fill out the form completely, including the Consent to Collection of Fees
3 From Trust Account and the Certificate of Correctional Official as to Status of Applicant's
4 Trust Account. Plaintiff must also re-submit his certified six-month trust account statement.
5 To assist Plaintiff, the Court will direct the Clerk of Court to send Plaintiff a current court-
6 approved form for an *in forma pauperis* application.

7    Plaintiff must file his new *in forma pauperis* application within **thirty days**. Plaintiff
8 should take notice that if he fails to timely comply with every provision of this Order, or any
9 order entered in this matter, this action will be dismissed pursuant to Rule 41(b) of the
10 Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir.
11 1992) (district court may dismiss action for failure to comply with any order of the Court).

12 **IT IS THEREFORE ORDERED that:**

13    (1) Plaintiff's applications to proceed *in forma pauperis* (Doc. #1 and #4) are denied
14 without prejudice;

15    (2)  The Clerk of Court shall enter a judgment of dismissal of this action, without
16 prejudice and without further notice to Plaintiff, if Plaintiff fails to file a new *in forma*
17 *pauperis* application within **thirty days** of the date this Order is filed; and

18    (3) The Clerk of Court shall provide to Plaintiff the current instructions and form for
19 an Application to Proceed *In Forma Pauperis* By a Prisoner Civil (Non-Habeas).

20    DATED this 25th day of October, 2005.

23                     /s/ Neil V. Wake
                       Neil V. Wake
24                     United States District Judge

**JDDL**                                - 2 -